**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SUNPOWER CORPORATION, *et al.*,[1]<br>Wind-Down Debtor. | Chapter 11<br>Case No. 24-11649 (CTG)<br>(Jointly Administered) |
| FLUENCE ENERGY, LLC,<br>Plaintiff,<br>v.<br>SUNPOWER CORPORATION, SYSTEMS; TOTALENERGIES DISTRIBUTED GENERATION USA, LLC; and STEVEN BALASIANO, by and through MHR ADVISORY GROUP, LLC, as the CREDITOR TRUSTEE,<br>Defendants. | Adv. Proc. No. 26-50645 (CTG)<br>**Re: Adv. D.I. 1** |

**SUNPOWER CORPORATION, SYSTEMS' AND
TOTALENERGIES DISTRIBUTED GENERATION USA, LLC'S
CROSS-MOTION TO COMPEL ARBITRATION**

Defendant SunPower Corporation, Systems ("Systems") and TotalEnergies Distributed Generation USA, LLC ("TEDGUSA" and, together with Systems, the "Defendants") respectfully submit this cross-motion (the "Cross-Motion") to compel the arbitration of the claims asserted in the *Complaint for Declaratory Judgment and Injunctive Relief* (the "Complaint") filed by plaintiff Fluence Energy, LLC ("Fluence") and dismiss the Complaint or, alternatively, stay the above-

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the Closing Debtors). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

captioned adversary proceeding (the "Adversary Proceeding") in the interim. In support of this Cross-Motion, the Defendants rely upon the accompanying *SunPower Corporation, Systems' and TotalEnergies Distributed Generation USA, LLC's (I) Objection to Plaintiff's Motion for Stay of Arbitration and Injunctive Relief and (II) Brief in Support of Cross-Motion to Compel Arbitration* (the "Brief"),[2] filed contemporaneously herewith.

Pursuant to Federal Rule of Bankruptcy Procedure 7012 and rule 7012-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Defendants do not consent to the entry of a final order or judgment by the Court in connection with this Cross-Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Remainder of Page Intentionally Left Blank*]

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Brief.

WHEREFORE, for the reasons set forth in the Brief, the Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting the Cross-Motion and compelling arbitration of the claims and dismissing the Complaint or, alternatively, staying the Adversary Proceeding in the interim, and (b) granting such other and further relief as the Court deems just and proper.

Dated: October 21, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*

Jesse L. Noa (No. 5973)
Brett M. Haywood (No. 6166)
Sameen Rizvi (No. 6902)
Hannah L. Paxton (No. 7096)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jnoa@potteranderson.com
bhaywood@potteranderson.com
srizvi@potteranderson.com
hpaxton@potteranderson.com

*Counsel for Defendant TotalEnergies Distributed Generation USA, LLC for itself and on behalf of Defendant SunPower Corporation, Systems*