**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*,[1]<br><br>Wind-Down Debtor | Chapter 11<br><br>Case No. 24-11649 (CTG) |
| FLUENCE ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, SYSTEMS; TOTALENERGIES DISTRIBUTED GENERATION USA, LLC; STEVEN BALASIANO, BY AND THROUGH MHR ADVISORY GROUP, LLC, AS THE CREDITOR TRUSTEE,<br><br>Defendants. | Adv. Case No. 26-50645 (CTG)<br><br>Related to D.I. 14, 15 |

**RESPONSE OF CREDITOR TRUSTEE TO PLAINTIFF'S**
**MOTION FOR STAY OF ARBITRATION AND INJUNCTIVE RELIEF**

Steven Balasiano, by and through MHR Advisory Group, LLC, in its capacity as the Creditor Trustee (the "Creditor Trustee") of the SunPower Creditor Trust (the "Trust"), hereby submits this response to the Motion (the "Motion") of plaintiff Fluence Energy, LLC ("Plaintiff")

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

for stay of arbitration and for injunctive relief. In support of this Response, the Creditor Trustee respectfully states as follows:

## **Background**

1. On August 5, 2024 (the "Petition Date"), SunPower Systems and its affiliated debtors (collectively, the "Debtors") in the above-captioned jointly administered bankruptcy cases filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On October 11, 2024, TotalEnergies Distributed Generation USA, LLC ("TEDGUSA") filed a *Request for Payment of Administrative Expense Claim* for $14,302,029 against SunPower Systems [D.I. 774] (the "Request for Administrative Expense").[2]

3. On October 18, 2024, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Amended Joint Chapter 11 Plan of SunPower Corporation and its Debtor Affiliates* [D.I. 872] (the "Confirmation Order") confirming the *Amended Joint Chapter 11 Plan of SunPower Corporation and its Debtor Affiliates (Technical Modifications)* [D.I. 829] (the "Plan").[3]

4. The Debtors and TEDGUSA resolved the Request for Administrative Expense, and on November 13, 2024, the Bankruptcy Court entered an *Order Approving Stipulation Regarding Request of TotalEnergies Distributed Generation USA, LLC For Payment of Administrative Expense Claim and the Amended Joint Chapter 11 Plan of SunPower Corporation and Its Debtor Affiliates* [D.I. 1047], which attached as Exhibit 1 the *Stipulation Regarding Request of*

---

[2] Unless otherwise indicated, all references to "D.I." are to the docket in Case No. 24-11649.
[3] Unless otherwise defined, all capitalized terms shall have the meanings provided in the Plan or Confirmation Order, as applicable.

*TotalEnergies Distributed Generation USA, LLC for Payment of Administrative Expense Claim and the Amended Joint Chapter 11 Plan of SunPower Corporation and Its Debtor Affiliates* [D.I. 1047-1] (the "Assignment Stipulation").

5. The Plan became effective on November 14, 2024 (the "Effective Date").

6. Pursuant to the Plan and Confirmation Order, (i) the Creditor Trust (as defined in the Plan) became effective on the Effective Date; (ii) the Creditor Trust, acting through the Creditor Trustee, is the sole representative of the Debtors' estates under 11 U.S.C. § 1123(b)(3) with respect to the Creditor Trust Assets; and (iii) the Creditor Trustee may assert certain of the Debtors' causes of action for the benefit of the Creditor Trust.

7. On August 4, 2026, TEDGUSA, in the name of SunPower Systems, filed an Arbitration Demand (the "Arbitration Demand") against Fluence seeking damages under the ESSA.

8. The Creditor Trustee is not a party to the Arbitration Demand.[4]

9. Plaintiff filed the Motion on October 7, 2026. In the Motion, Plaintiff seeks a stay of arbitration and a temporary injunction restraining SunPower Corporation, Systems, TEDGUSA and the Creditor Trustee (notwithstanding the fact that the Creditor Trustee is not a party to the Arbitration Demand) from prosecuting or further pursuing the claims asserted in the Arbitration Demand.

**Response**

10. Creditor Trustee is not a party to the Arbitration Demand. There is, accordingly, no basis to grant the relief requested in the Motion as to the Creditor Trustee. The Creditor takes no position as to the merits of the relief requested in the Motion as to the other defendants named in

[4] *See* Arbitration Demand, **Exhibit A** to *Plaintiff's Brief in Support of Motion for Stay of Arbitration and Injunctive Relief* [Adversary Proceeding D.I. 15].

the Adversary Proceeding. Moreover, because the Creditor Trust has no rights to the assets assigned pursuant to the Assignment Stipulation as they are not Creditor Trust Assets, the Creditor Trustee is not a proper party to this Adversary Proceeding, and it reserves all rights as to the Adversary Proceeding.

**Conclusion**

WHEREFORE, for the foregoing reasons, the Creditor Trustee respectfully requests that the Court deny the Motion as to the Creditor Trustee.

Dated: October 22, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Bradford J. Sandler (DE Bar No. 4142)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Creditor Trustee*