**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*[1],<br><br>Wind-Down Debtor | Chapter 11<br><br>Case No. 24-11649 (CTG)<br><br>(Jointly Administered) |
| FLUENCE ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, SYSTEMS; TOTALENERGIES DISTRIBUTED GENERATION USA, LLC; STEVEN BALASIANO, BY AND THROUGH MHR ADVISORY GROUP, LLC, AS THE CREDITOR TRUSTEE,<br><br>Defendants. | Adv. Case No. 26-50645 (CTG) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on the 18th day of November, 2026, Plaintiff Fluence Energy, LLC, by and through its undersigned counsel, served a true and correct copy of *Plaintiff Fluence Energy, LLC's First Set of Requests for Production of Documents,* on the parties listed below via electronic mail:

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "<u>Closing Debtors</u>"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Jason M. Madron
920 N. King Street
Wilmington, Delaware 19801
collins@rlf.com
madron@rlf.com

*Counsel to the Plan Administrator Signing for Defendant SunPower Corporation, Systems*

Dated: November 18, 2026
Wilmington, DE

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Dante S. Pavan (DE Bar No. 7095)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com
dpavan@morrisjames.com

-and-

**NEGOVAN LAW, LLC**
Julie Negovan (admitted *pro hac vice*)
6001 Umbrella Tree Lane
Tamarac, FL 33319
Telephone: (215) 431-9295
E-mail: julie@negovanlaw.com

-and-

**BRADLEY ARANT BOULT CUMMINGS LLP**
James Bailey (admitted *pro hac vice*)
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
Telephone: (205) 521-8000
E-mail: jbailey@bradley.com

*Counsel to the Plaintiff*